AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of: **MASSACHUSETTS**

DIRECTV, Inc.

V.

John Kudryk

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 12368 RWZ

TO: (Name and address of Defendant)

John Kudryk
267 Pine Street
Stoughton, MA 02072

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 11/24/03



**Norfolk County Sheriff's Department**   2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

March 24, 2004

I hereby certify and return that on 3/23/2004 at 06:00 am I served a true and attested copy of the summons, complaint and civil action cover sheet, case cover sheet, corporate disclosure in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Kudryk, 267 Pine Street Stoughton, MA 02072 and by mailing first class mail to the above-mentioned address on 3/24/2004. Per attorney Conveyance ($4.50), Copies-Attestation ($10.00), Basic Service Fee ($20.00), Postage and Handling ($3.00), Travel ($10.88) Total Charges $48.38

*Deputy Sheriff*

**Deputy Sheriff James E. Riggs**

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.