```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS



DIRECTV, INC.
         Plaintiff

         V.
                                    CIVIL ACTION:03-12368-RWZ

JOHN KUDRYK
         Defendant




                       ORDER OF DISMISSAL

ZOBEL, D.J.                                    MAY 26, 2004
```

The Court having been advised by counsel for the parties that the above action has been settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 30 days, to reopen the action if settlement is not consummated.

```
                                   By the Court,


                                   s/ Lisa A. Urso
                                   Deputy Clerk
```

30day.ord