UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (Eastern Division)

| | |
|---|---|
| **DIRECTV, Inc.** ) | Case No.: 03-12368-RWZ |
| ) | |
| Plaintiff, ) | STIPULATION OF DISMISSAL |
| ) | WITHOUT PREJUDICE |
| vs. ) | |
| ) | |
| **John Kudryk** ) | |
| ) | |
| Defendant ) | |

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed without prejudice and without cost to either party.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

_____
John M. McLaughlin, Its Member
**MCLAUGHLIN SACKS, LLC**
31 Trumbull Road
Northampton, MA 01060
Telephone: (413) 586-0865
BBO No. 556328

Date: 6/14/04

Respectfully Submitted for the Defendant
John Kudryk,
By His Attorney,

_____
Eric S. Goldman
Finneran, Byrne & Drechsler
Suite 201
50 Redfield Street
Boston, MA 02122
617-265-3900

Date: 7/21/04

1

## CERTIFICATE OF SERVICE

I, Eric S. Goldman, attorney for the Defendant, hereby certify that on this 21st day of July, 2004, a copy of the foregoing Stipulation of Dismissal, was sent via first class mail, postage prepaid, to the following:

Attorney John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Rd.
Northampton, MA 01060

_____
Eric S. Goldman